IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DAN CARLYLE, individually, and on behalf of CP CONSTRUCTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PUCKETT, CYNTHIA PUCKETT, individually and d/b/a THE CINDY PUCKETT STATE FARM INSURANCE AGENCY, LARRY PUCKETT, P-1 ENTERPRISES, LLC, P-2 ENTERPRISES, LLC, P-3 ENTERPRISES, LLC, 3J, LLC, JACK JOHNSON, BDRC, LLC, BRENT DELL, RONALD W. CAMPBELL, SETH FEYEREISEN, BLACKFIN, LLC, JAMES SNYDER, PATRICIA SNYDER, CHARLES SKEEN, AMIR BANYAN, MELISSA PETTY, DANIEL GARDNER, ROGER WITHERSPOON, CHRISTIE WITHERSPOON, BARNWELL, LLC, MALCON TAYLOR, HARMONY CONSTRUCTION, LLC, formerly Known as BELFREE INCREDIBLE HOMES, LLC, and T. LARRY EDMONDSON, as Trustee for the Bankruptcy estate of RICHARD BARD,<br><br>Defendants. | No. 3:08-0776<br><br>JURY DEMAND |

## TEMPORARY RESTRAINING ORDER

This cause came before the Court upon Plaintiff's Motion for Temporary Restraining Order. Upon considering the verified complaint and the memorandum in support of Plaintiff's Motion, the Court has determined that the requirements


for the issuance of a temporary restraining order, pursuant to Fed.R.Civ.P 65(b), have been met.

IT IS THEREFORE **ORDERED** THAT:

~~(1) Bryan Puckett is hereby removed and managing member of CP Construction, LLC, pending a hearing for preliminary injunction;~~

(1) Bryan Puckett is hereby restrained ~~from holding himself out as managing member of CP Construction, LLC and~~ from taking any action on behalf of CP Construction, LLC, including, but not limited to conveying, transferring, or otherwise disposing of any CP Construction assets; and

(2) Bryan Puckett is hereby restrained from altering, removing, concealing or destroying any CP Construction business or financial records.

A hearing for a preliminary injunction shall be scheduled through the office of Judge Haynes, to whom this case is assigned. ~~,2008, at _____ a./p.m. in courtroom _____ of the United States Courthouse at 801 Broadway, Nashville, Tennessee 37203.~~

This Order shall be in effect upon the posting of an injunction bond in the amount of $10,000.00.

_____
UNITED STATES DISTRICT COURT JUDGE

Signed on Aug. 13, 2008 at 10:50 a.m.

Respectfully submitted

s/Greg Oakley
Greg Oakley, BPR No. 16237
One Burton Hills Blvd., Suite 330
Nashville, Tennessee 37215
Telephone (615) 320-7206
Facsimile (615) 320-7208