IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN CARLYLE, individually and on )
behalf of CP CONSTRUCTION, LLC, )
                                          )
    Plaintiff,                    )          NO. 3:08-0776
                                          )          JUDGE HAYNES
v.                                        )

BRYAN PUCKETT, et al.,         )

    Defendants.               )

## ORDER

Upon Plaintiff's notice of voluntary dismissal (Docket Entry No. 22), this action is **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the ___ day of October, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge